William Buchanan, appellee, v. Chicago Heights Lumber Company, appellant. Gen. No. 24,657.

Action to recover damages for failure of defendant to accept and pay for lumber. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of facts. Opinion filed October 10, 1919.

Tatge & Tatge, for appellant; Robert F. Kolb, of counsel. Herbert A. Schryver, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Alonzo J. Cutler, appellee, v. Northern Trust Company, executor of the last will and testament of Charles W. Pardridge, deceased, appellant. Gen. No. 24,688.

Dismissal of common-law case for want of prosecution. Judgment of dismissal set aside and cause reinstated. Appeal from the Circuit Court of Cook county; the Hon. Robert E. Crowe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919. Rehearing denied October 21, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Thomas E. D. Bradley and Jacob Newman, for appellant. Henry S. Robbins, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Daniel Davis, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 24,715.

Action to recover damages for personal injuries in collision between street car and wagon in which plaintiff was riding. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed October 10, 1919.

Charles LeRoy Brown, for appellants; J. R. Guilliams and Robert J. Slater, of counsel. Royal W. Irwin, for appellee; John E. Northup, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Perry J. Smith, appellee, v. Joseph Bernhard, appellant. Gen. No. 24,741.

Action to recover damages for wrongfully causing an employee to be discharged by presenting to his employer a false assignment of wages. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Mazzini Slusser, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.

Frank Schoenfeld, for appellant. Trainor & Trainor, for appellee.

Mr. Justice Gridley delivered the opinion of the court.